From: The District Court of the Sixth Judicial District, County of Park.

STATE OF MONTANA, Plaintiff, vs. JOHN RAY BOULDIN, Defendant.

NO. 1864

## DECISION

The application of the above-named defendant for review of the sentence of 12½ years for Rape, imposed on November 15, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

No change will be made in the sentence heretofore imposed.

This sentence was imposed after a jury trial for a forceable rape, the testimony showing that the defendant forced his way into the victim's dwelling and threatened her with a knife. This sentence appears sufficiently lenient for this crime.

We thank Nick Verwolf, Esq., of the Montana Defender Project for his assistance to the defendant and to the Court.

DATED this 9th day of July, 1970.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Sid G. Stewart, Lester H. Loble.

From: The District Court of the Sixth Judicial District County of Park.

STATE OF MONTANA, Plaintiff, vs. EDWARD HAMMOND, Defendant.

NO. 1901

## DECISION

The application of the above-named defendant for review of the sentence of 8 years on each count to run concurrently with 21 days jail time credit for Passing Fictitious Checks, two counts imposed on March 17, 1970, was fully heard and after a careful consideration of the entire matter it is decided that:

No change will be made in the sentence heretofore imposed.

These two concurrent sentences were imposed obviously for a prior record dating back to 1927 on the first felony conviction, and the fact that seven other felony convictions plus numerous misdemeanor arrests show on his arrest record.

We thank Mr. Jack Morton, Esq., of the Montana Defender Project for his assistance to the defendant and this Court.

DATED this 9th day of July, 1970.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Sid G. Stewart, Lester H. Loble.